```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                 :

ADMINISTRADORES NAVIEROS DEL       :
GOLFO S.A. DE C.V.,                              :
                                                                 :             1:23-cv-04108-GHW
                                Plaintiff,   :
                                               :             <u>ORDER</u>
                      -v-                           :

GAC COMMERCIAL SOUTHEAST, INC.,    :

                                Defendant.  :
                                                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      During the conference held on July 30, 2024, Plaintiff's counsel informed the Court that Plaintiff intended to file a renewed application for default judgment. The renewed application has not yet been filed. The Court expects that any renewed application for an order to show cause why default judgment should not be entered in this matter will be filed no later than September 13, 2024. Any renewed application will replace, not supplement, Plaintiff's previous submissions and must comply in full with the Court's Individual Rules of Practice in Civil Cases—in particular Attachment A to those rules.

      In anticipation of Plaintiff's renewed application, the pending application is deemed to have been withdrawn. Plaintiff is directed to serve this order on Defendant and to retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

      SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                                                      GREGORY H. WOODS
                                                            United States District Judge