```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                    :
ADMINISTRADORES NAVIEROS DEL   :
GOLFO S.A. DE C.V.,                           :
                                                    :          1:23-cv-4108-GHW
                          Plaintiff,   :
                                                    :          DEFAULT JUDGMENT
               -against-                   :
                                                    :
GAC COMMERCIAL SOUTHEAST, INC.,  :
                                                    :
                          Defendant.   :
                                                    :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action having been commenced on May 18, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant GAC Commercial Southeast, Inc. on August 5, 2023, by serving the North Carolina Secretary of State by Certified Mail, and proof of service was therefore filed on October 5, 2023, and on August 8, 2023, by personally serving Anthony M. Fiore, Jr., Executive Officer of Defendant, through his spouse at the Executive Officer's usual place of abode, and proof of service was therefore filed on October 5, 2023, and the proofs of service by the process server having been filed on October 5, 2023 (*see* Dkt. Nos. 15, 16), and the Defendant having not answered the Complaint, and there being no defense on the merits, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED**,** AND DECREED:  That the Plaintiff have judgment against Defendant in the face amount of $499,890, plus interest at 9% per annum from November 23, 2020, amounting to $676,892.15.

The Clerk of Court is directed to enter judgment in favor of Plaintiff against Defendant in the amount of $676,892.15.  The Clerk of Court is further directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                  _____
                                                       GREGORY H. WOODS
                                                    United States District Judge